**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| In the Matter of | : | No. 1164 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 60 DB 2004 |
| SEBASTIAN M. RAINONE | : | |
| | : | Attorney Registration No. 16046 |
| | : | |
| | : | (Philadelphia) |
| PETITION FOR REINSTATEMENT | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 17th day of March, 2016, the Petition for Reinstatement is denied.

   Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.   *See* Pa.R.D.E. 218(f).